

144-41 70th Road
Flushing, New York 11367
tel: 718.705.8706
fax: 718.705.8705
uri@horowitzlawpllc.com
www.horowitzlawpllc.com

June 10, 2025

The Honorable Arlene R. Lindsay
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Via ECF**

    ***Agnone v. Hollister, Co***
    **Docket No. 2:25-cv-01537-ARL**

Your Honor,

    We represent the Plaintiff, Pasquale Agnone, in the above referenced action, and write pursuant to Your Honor's Individual Practices, and with consent of counsel for Defendant Hollister, Co.

    We are pleased to report that the Plaintiff has reached an agreement to settle all claims with prejudice as alleged in the Complaint against Defendant Hollister, Co.

    Accordingly, we respectfully request the Court adjourn all upcoming dates and deadlines as to Hollister, Co. and enter a Sixty (60) Day Order allowing for the parties to finalize and consummate the Settlement Agreement.

    We thank Your Honor and the Court for its kind considerations and courtesies.

                                               Respectfully,

                                               /s/ *Uri Horowitz*
                                               Uri Horowitz

CC: *All Counsel of Record via ECF*