IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x

PASQUALE AGNONE, on behalf of himself and all others similarly situated,

   Plaintiff,

Case No. 2:25-cv-01537-ARL

  -against-

Hollister, Co.

   Defendant.

---------------------------------------------------------------------------x

## **STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT HOLLISTER, CO.**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Hollister, Co., shall be and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: July 28, 2025

**HOROWITZ LAW, LLC**

*/s/ Uri Horowitz*
Uri Horowitz, Esq.
14441 70th Road
Flushing, NY 11367
Phone: (718) 705-8706
Fax: (718) 705-8705
uri@horowitzlawpllc.com

*Attorney for Plaintiff*

Dated: July 28, 2025

/s/ *Caitlin Nolan (with consent)*
Caitlin Nola Esq.
Porzio, Bromberg & Newman P.C
1675 Broadway, Suite 1810
New York, NY 10019
Telephone: (646)-348-6724
Email: Cmnolan@pbnlaw.Com

*Attorney For Hollister, Co.*

SO ORDERED:

_____
Judge, U.S. District Court
Eastern District of New York